THE CITY OF NEW YORK, Appellant, *v.* TOMPKINS BUS CORPORATION, Respondent.

(Argued April 27, 1936; decided May 19, 1936.)

*Paul Windels,* Corporation Counsel (*Frederick vP. Bryan, William S. Gaud, Jr.,* and *Elizabeth Rogers Horan* of counsel), for appellant.

*James B. McDonough, Jr.,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.